# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

FILED
SEP 0 6 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

XAVIER CARDONA

**EXHIBIT AND WITNESS LIST**

Case Number: DR-14-CR-461

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Alia Moses | Lewis Thomas and Diana Cruz-Zapata | Rogelio Munoz |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Sentencing Hearing 9/6/16 | Vickie Garza | Debbie Green |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | X | 9/6/16 | | | Xavier Cardona, Defendant |
| | X | 9/6/16 | 1 | 9/6/16 | Transcript of conversation, Defense Exhibit |
| | X | 9/6/16 | 2 | 9/6/16 | IRS Tax Forms, Defense Exhibit - Redacted |
| | X | 9/6/16 | 3 | 9/6/16 | IRS Tax Forms, Defense Exhibit - Redacted |
| | X | 9/6/16 | 4 | 9/6/16 | IRS Tax Forms, Defense Exhibit - Redacted |
| | X | 9/6/16 | 5 | 9/6/16 | DBA, Defense Exhibit |
| | | | | | Exh. Sealed |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages